# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

130172

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOE LEE JACKSON,
      Defendant-Appellant.

SC: 130172
COA: 265616
Saginaw CC: 98-016662-FC

_____/

      On order of the Court, the application for leave to appeal the November 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

s0221

_____
Clerk